**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DENNIS STEELE, | |
| Petitioner, | CIVIL ACTION NO. 3:16-CV-1341 |
| | (JUDGE CAPUTO) |
| v. | |
| ERIC LINHARDT, et al., | (MAGISTRATE JUDGE CARLSON) |
| Respondent. | |

## ORDER

**NOW**, this 4th day of November, 2016, **IT IS HEREBY ORDERED** that:

(1) Magistrate Judge Carlson's Report and Recommendation (Doc. 11) is **ADOPTED in its entirety**.

(2) The Petition for Habeas Corpus (Doc. 1) is **DISMISSED with prejudice**.

(3) A certificate of appealability will not be issued.

(4) The Clerk of Court is directed to mark this case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge